RON BENDER (SBN 143364)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: rb@lnbyb.com; lls@lnbyb.com

Special Counsel to David K. Gottlieb, Estate Representative

**FILED & ENTERED**

**SEP 21 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## (SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re:<br><br>GAMMA MEDICA-IDEAS (USA), INC.,<br><br>      Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>GAMMA MEDICA-IDEAS, INC.,<br><br>      Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ADVANCED MOLECULAR IMAGING LLC,<br><br>      Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>ADVANCED MOLECULAR IMAGING, INC.,<br><br>      Debtor and Debtor in Possession.<br>_____ | Lead Case No.: 1:12-bk-17469-VK<br>Jointly administered with:<br><br>1:12-bk-17474<br>(Gamma Medica-Ideas, Inc.);<br><br>1:12-bk-17475<br>(Advanced Molecular Imaging LLC);<br><br>1:12-bk-17479<br>(Advanced Molecular Imaging, Inc.); and<br><br>1:12-bk-17483<br>(Industrial Digital Imaging, Inc.)<br><br>Chapter 11 Cases<br><br>**FINAL DECREES CLOSING CHAPTER 11 CASES**<br><br>[No hearing required unless requested] |

1

1  In re:

2  INDUSTRIAL DIGITAL IMAGING,
   INC.,
3
4          Debtor and Debtor in Possession.
5

6  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

7  ☒ Affects All Debtors

8  ☐ Affects Gamma Medica-Ideas (USA), Inc., only
9

10 ☐ Affects Gamma Medica-Ideas, Inc., only

11
12 ☐ Affects Advanced Molecular Imaging LLC, only

13 ☐ Affects Advanced Molecular Imaging, Inc., only
14

15 ☐ Affects Industrial Digital Imaging, Inc., only

16

17

18

19

20

21

22

23

24

25

26

27

28

     The Court, having considered the motion filed by David K. Gottlieb, the Estate Representative (the "Estate Representative") appointed pursuant to that certain *First Amended Chapter 11 Liquidating Plan Of Reorganization (Dated September 23, 2014) Proposed Jointly By The Chapter 11 Trustee And The Official Committee Of Creditors Holding Unsecured*, for the entry of final decrees closing the above-captioned Chapter 11 cases (the "Motion"), all evidence submitted in connection with the Motion, no opposition to the Motion having been filed, notice of the Motion having been proper, having found that the above-captioned Chapter 11 bankruptcy estates have been fully administered pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, hereby finds that good cause exists to grant the Motion and enter final decrees closing the above-captioned Chapter 11 bankruptcy cases (the "Cases").

     Therefore, the Court hereby ORDERS, ADJUDGES, and DECREES:

     1.    The Motion is granted in its entirety.

     2.    The Estate Representative is authorized to pay to United Records Management, Inc. the destruction costs associated with the destruction of the Debtors' records in the amount of $930.89.

     3.    The Cases, which consist of Case Nos. 1:12-bk-17469-VK, 1:12-bk-17474-VK, 1:12-bk-17475-VK, 1:12-bk-17479-VK, and 1:12-bk-17483-VK, are hereby closed.

     IT IS SO ORDERED.

###

Date: September 21, 2015

Victoria S. Kaufman
United States Bankruptcy Judge